UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JULIAN NICHOLAS,

    Petitioner,

v.      CASE NO. 6:05-cv-1227-Orl-19JGG

UNITED STATES OF AMERICA,

    Respondents.

## ORDER OF TRANSFER

After examination of the Petition, it appears that this action should have been filed in the United States District Court, District of Minnesota. This is a habeas corpus action by a federal prisoner brought pursuant to 28 U.S.C. § 2241 and challenging the execution of Petitioner's sentence. Petitioner is incarcerated at Federal Correctional Institution, Waseca, Minnesota. Thus, the District of Minnesota has territorial jurisdiction over Petitioner's custodian, and this matter should be transferred to the District of Minnesota. *Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 495 (1973); *Wright v. U.S. Bd. of Parole*, 557 F.2d 74 (6th Cir. 1977).

It is **ORDERED AND ADJUDGED**:

That this case shall be **transferred** to the United States District Court, District of Minnesota.

**DONE AND ORDERED** at Orlando, Florida, this   29th   day of August, 2005.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 8/29
Julian Nicholas